UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Joshua Adam Brooks, | Civ. No. 22-2011 (JWB/LIB) |
| Plaintiff, | |
| v. | |
| David A. Lindlbauer, *in his individual and official capacity*; Jana Brister-Korby, *(Skye), in her individual and official capacity*; Charles S. Fai, *in his individual and official capacity*; Mindy C. Seigert-Horgeshimer, *in her individual and official capacity*; and Scott E. Giannini, *in his individual and official capacity*, | ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |
| Defendants. | |

The above matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Leo I. Brisbois dated March 24, 2023. (Doc. No. 34.) No objections have been filed to that R&R in the time permitted. In the absence of timely objections, the Court reviews an R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, the Court finds no clear error.

Based on the R&R of the Magistrate Judge, and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The March 24, 2023 Report and Recommendation (Doc. No. 34) is **ACCEPTED**;

2. Defendants' Motion to Dismiss (Doc. No. 12) is **GRANTED** as follows:

    a.  Plaintiff's § 1983 official-capacity claims seeking monetary damages as alleged against all Defendants are **DISMISSED without prejudice** for lack of subject-matter jurisdiction;

    b.  Plaintiff's § 1983 official-capacity claims for injunctive and declaratory relief as alleged against all Defendants are **DISMISSED without prejudice** for failure to state a claim upon which relief can be granted;

    c.  Plaintiff's § 1983 individual-capacity claims for monetary damages, injunctive relief, and declaratory relief as alleged against all Defendants are **DISMISSED without prejudice** for failure to state a claim upon which relief can be granted;

    d.  The Court declines to exercise supplemental jurisdiction over Plaintiff's state-law claims of intentional infliction of emotional distress as alleged in the Complaint;

3.    Plaintiff's Motion for Temporary Restraining Order (Doc. No. 18) is **DENIED**; and

4.    Plaintiff's Motion for Extension of Deadline (Doc. No. 26) is **DENIED as moot**, since Plaintiff's Opposition to the Motion to Dismiss (Doc. No. 30) was filed and considered prior to the Report and Recommendation being issued.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: April 17, 2023                                                         _s/ Jerry W. Blackwell_
                                                                                 JERRY W. BLACKWELL
                                                                                 United States District Judge